AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

## SOUTHERN DISTRICT OF TEXAS

FILED

United States Courts
Southern District of Texas
FILED
Aug 16 2011

David J. Bradley, Clerk of Court

UNITED STATES OF AMERICA

v.

**CASEY VAUGHAN**
Defendant

SEP - 1 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**APPEARANCE BOND**

CASE NUMBER: H-11-884M   SA-10-cr-536-FB

Non-surety: I, the undersigned defendant acknowledge that I and upon my Personal Recognizance
Surety: We, the undersigned, jointly severally acknowledge that we and our . . . personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ 50,000 , and there has been deposited in the Registry of the Court the sum of
$ 50,000 Unsecured in cash and one Signature (describe other security.)
approved by P.T.S.

The conditions of this bond are that the defendant Casey Vaughan
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 8-16-11 at Houston, Texas
                       Date                              Place

Defendant: _____ Address. 11 Waterway Ave #1215 Spring
Surety: _____ Address. 1318 Cox Rd Pinehurst TX 77362
Surety: _____ Address. _____ 832-818-0574

Signed and acknowledged before me on 8-16-11
                                        Date

_____
Judicial Officer

Approved: _____
          Judicial Officer

TRUE COPY I CERTIFY
ATTEST:
DAVID J. BRADLEY, Clerk of Court
By: Mercedes P. Lerma
    Deputy Clerk