UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

FILED
2013 JAN 18 PM 3:53
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| Vs. | * | CAUSE NO. SA-10-CR-00536-FB |
| | * | |
| ROBERT BROOKS | * | |
| CASEY VAUGHAN | * | |

## ORDER

On the __18th__ day of January, 2013, came on to be heard Defendant Casey Vaughan's motion for nonappearance as a subpoenaed co-defendant to appear on the first day of trial. Having considered the evidence it is the ruling of the Court that the Motion should be

**GRANTED**/DENIED.

IT IS THEREFORE ORDERED that the Defendant is not required to attend Court on the first day of trial, currently set for January 22, 2013.

SO ORDERED this __18__ day of January, 2013.

_____
JUDGE FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE