## ABSTRACT OF JUDGMENT

## NOTICE

Pursuant to Title 28 U.S.C. § 3201, this Abstract of Judgment, upon filing in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of Title 26 U.S.C. § 6323(f), creates a lien on all real property of the defendant(s) and has priority over all other liens or encumbrances which are perfected later in time.   The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal.   If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Judgment Debtor | Judgment Creditor |
|---|---|
| Casey Vaughan<br>DOB: 06/1973<br>SSN: XXX-XX-0955 | United States of America<br>Criminal No. SA-10-CR-536-(11)-FB<br>USAO No. 2007R02701 |

| Amount of Judgment | Judgment Creditor's Attorney | Judgment Date |
|---|---|---|
| $50,000.00 | Diana Cruz-Zapata<br>Assistant U.S. Attorney<br>Chief, Asset Forfeiture Section | December 4, 2013 |

### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

I HEREBY CERTIFY that the foregoing is a true and correct Abstract of the Judgment entered by this Court.

SIGNED this 26 day of February, 2014.

                WILLIAM G. PUTNICKI
                United States District Clerk
                Western District of Texas

By: _____
      Deputy

      Wayne Garcia
      Print or Type Name

After recording, return recorded copy to:

Diana Cruz-Zapata
Assistant United States Attorney
Chief, Asset Forfeiture Section
601 NW Loop 410, Suite 600
San Antonio, TX 78216