IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
(San Antonio Division)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff, | )<br>)<br>) |
| V. | ) Cause No. SA-10-CR-536(1)-FB<br>) |
| ROBERT N. BROOKS,<br>   Defendant, | )<br>) |

### MOTION TO CORRECT THE JUDGMENT IN A CRIMINAL CASE PURSUANT TO FED. R. CRIM. P. 36

**COMES NOW,** the Defendant Robert N. Brooks, acting on his own behalf (Pro-Se), and would respectfully request this Honor--able Court to Correct the Judgment in a Criminal Case (J & C), entered by this Court on July 29, 2013. See **(Attachment "A")**.

In support of his motion to Correct the Motion in a Criminal case,, Defendant presents the following facts for the Court's consideration:

### JURISDICTIONAL STATEMENT

Rule 36 of the Fed. R. Crim. Proc. states in pertinent part: "After giving any notice it considers appropriate, the court may at any timecorrect a clerical error in a judgment, order, or other parts of the record, or correct an error in the record arising from oversite or omission." Also See **United States v. Podio, Lexas 492 (CA5 2017)** "Rule 36 is an exception to the rule of divesting district court jurisdiction on appeal." Because Defendant is not seeking substantive releif from his criminal judgment, Rule 36 is appropriate in this instance.

## REASON FOR GRANTING THE RELIEF SOUGHT

This request is based on the District Court's Memorandum Decision on August 4, 2017, and the Governemtn's assurance in the § 2255 motion Response filed on November 2, 2016, that Defendant was convicted of conspiracy to commit Mail Fraud only. See (**ATTACHMENT "B" Pgs 1-2**).

Because Defendant's Judgment in A Criminal Case specifically states that Defendant was convicted of Conspiracy to Commit mail, Wire, Bank Fraud, Aiding and Abetting, pursuant to 18, U.S.C. §§ 1349, 1341, 1343, 1344 and § 2. Defendant would respectfully request the District Court Correct Count One of the Judgment in a Criminal Case in accordance with the District Court's decision that Defendant was convicted of Conspiracy to Commit Mail Fraud only.

Respectfully submitted,

Robert N. Brooks   10-5-17
#63355-280
P.O. BX. 1500
El Reno, Oklahoma 73036

Robert Brooks 63355-280
Federal Correctional Institution
P.O. Box 1500
El Reno, OK 73034

OKLAHOMA CITY OK 730

RECEIVED 06 OCT 2017 PM 5 L

⇔ 63355-280 ⇔
Clerk Of The Court
RM 665
655 E Cesar E Chavez BLVD
United States Court House
SAN Antonio, TX 78206
United States

OCT 1 0 2017

CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

78206-111459